# United States District Court
### Northern District of New York



## JUDGMENT IN A CIVIL CASE

**CHRISTINE MAGILL**

V.    CASE NUMBER: 5:01-CV-1482 (GHL)

**PRECISION SYSTEMS MANUFACTURING, INC. and
J.G.B. ENTERPRISES, INC.**

[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants Precision Systems Manufacturing, Inc., and J.G.B. Enterprises, Inc.

June 29, 2006                              **LAWRENCE K. BAERMAN**
_____                        _____
DATE                                        CLERK

                                           (BY) Terry J. Mitchell
                                           Deputy Clerk